# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | NO. 4:07CR00334-01 JLH | |
| CHARLES D. FOSTER | | DEFENDANT |

## ORDER

The government filed a Motion to Revoke defendant's pretrial bond on January 7, 2009, and requested a warrant of arrest be issued for defendant. By Order dated January 8, 2009, the Court directed that an arrest warrant be issued and placed as a detainer with the Craighead County Sheriff's Office.

On January 26, 2009, defendant appeared before the Court and was sentenced to five (5) months imprisonment to be followed by three (3) years supervised release, with the first five (5) months in home detention with electronic monitoring. A judgment and commitment order will be entered separately, which will serve as a detainer with the appropriate state authorities.

IT IS THEREFORE ORDERED that the warrant issued on January 8, 2009, is hereby withdrawn. The Clerk of Court is directed to take the necessary steps to terminate the pending Motion to Revoke pretrial bond. Docket #17.

IT IS SO ORDERED this 27th day of January, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE